**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LISA GREGORY,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:07-cv-279-Orl-22DAB**

**CREATIVE MANAGEMENT GROUP,**
**INC., and RUSSELL FABER,**

        **Defendants.**

_____

**ORDER**

This cause is before the Court on Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgement (Doc. No. 39) filed on November 7, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 28, 2007 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgement (Doc. No. 39) is **GRANTED**. The Court finds the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

   3.  This case is **DISMISSED WITH PREJUDICE**.

   4.  The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 20, 2007.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record

ANNE C. CONWAY  
United States District Judge